|[pic] |
| |
|Court of Appeals |
|Second District of Texas |
|CHIEF JUSTICE | |CLERK |
|TERRIE LIVINGSTON |TIM CURRY CRIMINAL JUSTICE CENTER | |
| |401 W. BELKNAP, SUITE 9000 |DEBRA SPISAK |
|JUSTICES |FORT WORTH, TEXAS 76196 | |
|LEE ANN DAUPHINOT | |CHIEF STAFF ATTORNEY |
|ANNE GARDNER |TEL: (817) 884-1900 |LISA M. WEST |
|SUE WALKER | | |
|BOB McCOY |FAX: (817) 884-1932 |GENERAL COUNSEL |
|BILL MEIER | |CLARISSA HODGES |
|LEE GABRIEL |www.txcourts.gov/2ndcoa.aspx | |

 December 29, 2014

|State Bar of Texas | |
|Chief Disciplinary Counsel | |
|1414 Colorado St. | |
|Austin, TX 78701 | |

RE: Court of Appeals Number: 02-13-00191-CV
 Trial Court Case Number: 096-257264-11

Style: Kent Davis and D. Kent Davis, P.C.
 v.
 Ledford White and M & M Joint Venture

Dear Counsel:

 Please find enclosed a copy of this court’s opinion and the appellate
record in the above cause. I call to your attention pages 29-31 of the
opinion which states that the court is referring the matter to the Texas
State Bar’s Chief Disciplinary Counsel’s Office.

 Respectfully yours,
 [pic]
 Debra Spisak, Clerk of the Court

| | |